UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MA-AH-LOO JAMESTOWN, JR.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CASE NO. C17-5767-BAT

**ORDER AWARDING ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b)**

This matter coming on regularly before the undersigned upon the motion of the plaintiff for an order awarding attorney's fees pursuant to 42 U.S.C. § 406(b), and the court having fully considered the pleadings filed in support of such request and deeming itself fully advised, now therefore it is

ORDERED ADJUDGED AND DECREED that counsel for the plaintiff shall be awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $6,947.52 less the amount that was awarded in the EAJA award in the sum of $3,930.94, resulting in a net award of $3,016.58.

DATED this 28th day of October, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER AWARDING ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(B) - 1